Decided January 25, 2012

STATE OF CONNECTICUT *v.* JOSEPH STEPHENSON

The defendant's petition for certification for appeal from the Appellate Court, 131 Conn. App. 510 (AC 31829), is denied.

*John Timbers*, in support of the petition.

*Lisa A. Riggione*, senior assistant state's attorney, in opposition.

Decided January 25, 2012